**Managing Partner**
Darren Aronow† € ũ □
_____

**Associates**
Hanin Shadood †
Daniel McCarthy †
Eckor Joseph †
Keith Brown †

**Of Counsel**
Dana Aronow †
Brian Flick ○
Rusty Payton ◊
Seth Crosland ¥
Edvard Shprukhman ẇ ≠
Robert Prousalis £
Abraham Michelson ¤



# Aronow Law P.C.

**20 Crossways Park Dr. N, Suite 210**
**Woodbury, New York 11797**
Tel: (516) 762-6700
Fax: 516 342-5365
*1704 Flatbush Avenue, 1st Floor*
*Brooklyn, NY  11210*
*Tel – (917)654-9840*
**\*\*No Mail Received in Brooklyn\*\***

**Admitted In**:

New York†
New Jersey €
Ohio ○
Illinois◊
Pennsylvania □
Virginia ũ
Texas ¥
Massachusetts £
Washington D.C. ≠
Wisconsin ¤
Maryland ẇ

_____

September 10, 2018

**Chambers, Hon. Robert E. Grossman**
**United States Bankruptcy Court**
**Eastern District of New York**
**290 Federal Plaza**
**Central Islip, NY 11722**

|        |        |
|--------|--------|
| RE:    | Loss Mitigation Status Report |
| Debtor: | Lola Montesdeoca |
| CASE #: | Chapter 7 - 18-71228 |

Dear Judge Grossman:

    This firm represents Lola Montesdeoca, (hereinafter "Ms. Montesdeoca " or "Debtor") in relation to the above-referenced matter. Please allow this letter to serve as notice that the Debtor has been unresponsive to our ample requests for information and we have not been able to obtain her consent to act on her Chapter 7 Bankruptcy Case or facilitate her request to be reviewed for a modification.

Should the Court require any additional information, please do not hesitate the undersigned.


Respectfully submitted,


*/s/* _Hanin R. Shadood
By: Hanin R. Shadood, Esq.
Aronow Law, P.C.
*Attorneys for Debtor*